```
Priority    ✓
Send        ✓
Enter       ✓
Closed
JS-5/JS-6   ✓
JS-2/JS-3
Scan Only
```

FILED
CLERK, U.S. DISTRICT COURT
APR - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

LODGED
CLERK, U.S. DISTRICT COURT
JUL 2 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RANDY EUGENE EVANS,

        Petitioner,

vs.

LYDIA C. HENSE,

        Respondent.

Case No. EDCV 06-1243-AHM(RC)

JUDGMENT

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE: April 3, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&R\06-1243.jud
7/24/07